

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00121-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from the County Criminal Court No. 5 |
| | § | of Denton County (CR-2021-04257-E) |
| V. | § | November 9, 2023 |
| | § | Memorandum Opinion by Justice Kerr |
| FREDERICK LLOYD COLLIER | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's new-trial order. It is ordered that the trial court's new-trial order is reversed and that the trial court's "Judgment of Community Supervision" is reinstated.

It is further ordered that the State must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr